UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Billy S. McLawhorn, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| County of Wayne, North Carolina, | ) | |
| Wayne County Board of Commissioners, | ) | 5:13-CV-692-BO |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that in accordance with the court's order entered February 12, 2014, defendant's motion to dismiss is GRANTED IN PART and DENIED IN PART. Defendant Wayne County Board of Commissioners is hereby DISMISSED with prejudice from this action.

Pursuant to the stipulation of dismissal filed by the parties on June 19, 2015, all claims of plaintiffs against County of Wayne, North Carolina and all counterclaims brought by Defendant County of Wayne, North Carolina against Plaintiff Billy S. McLawhorn are dismissed.

This case is closed.

**This judgment filed and entered on June 23, 2015, and served on:**

Walter S. Webster (via CM/ECF Notice of Electronic Filing)
Christopher J. Derrenbacher (via CM/ECF Notice of Electronic Filing)
Eric G. Sauls (via CM/ECF Notice of Electronic Filing)

June 23, 2015

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk